UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF NORTHEASTERN CONNECTICUT | : : : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02CV01597 (PCD) |
| v. | : : | |
| MICHAEL HILL | : : | |
| Defendant. | : | November 19, 2004, 2004 |

## APPEARANCE

Please enter the Appearance of the undersigned on behalf of the plaintiff, Charter Communications Entertainment I, LLC d/b/a Charter Communications in the above-captioned action.

                            PLAINTIFF — CHARTER
                            COMMUNICATIONS ENTERTAINMENT I,
                            LLC d/b/a CHARTER COMMUNICATIONS


                            By_____
                                Ryan M. Mihalic – ct24454

                            Murtha Cullina LLP
                            CityPlace I
                            185 Asylum Street
                            Hartford, CT  06103-3469
                            Telephone:  (860) 240-6000
                            rmihalic@murthalaw.com
                            Its Attorney

743318_1

-2-

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing Appearance was mailed first-class, postage prepaid, on November ____, 2004 to:

Mr. Michael Hill
180 Kings Road
Coventry, CT 06238

            _____
            Ryan M. Mihalic