UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF NORTHEASTERN CONNECTICUT | : : : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 3:02 CV 01597 (PCD) |
| v. | : : | |
| MICHAEL HILL | : : | |
| Defendant. | : | FEBRUARY 1, 2005 |

MOTION FOR ORDER FOR INSTALLMENT PAYMENTS

Pursuant to the Federal Rules of Civil Procedure and Conn. Gen. Stat. § 52-356d, Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications of Northeastern Connecticut ("Plaintiff" or "Charter") hereby moves this Court for an order for installment payments in the minimal amount of $25.00 per week in accordance with the Stipulated Judgment entered by this Court in the total amount of $10,846.85, including the remaining principal balance of damages in addition to attorneys' fees and costs. In support of this Motion, Charter states that:

1.      A Stipulated Judgment was entered by this Court on December 4, 2002 wherein Charter and the Defendant stipulated and agreed to the entry of a judgment in the amount of $10,000.00, in addition to attorneys' fees and costs;

2. In accordance with the terms of the Stipulated Judgment, the Defendant was to make installment payments in a lower amount in lieu of full and final payment as set forth in Paragraph 1. Under the express terms of the Stipulated Judgment, in the event that the Defendant failed to make any payments as stipulated, Charter retained the right to proceed for the principal amount of $10,000.00 plus attorneys' fees and costs;

3. The Defendant has paid $2,200 pursuant to the Stipulated Judgment, but has failed to comply with his complete payment obligations under the Stipulated Judgment. As a result, the Defendant owes Charter $10,846.85, including $7,800.00 in the principal amount of damages and 3,046.85 in attorneys' fees and costs as set forth in the Affidavit for Attorneys' Fees and Costs attached hereto as <u>Exhibit A</u>;

4. A Motion for Appointment of Process Server was granted by this Court on September 17, 2003, appointing State Marshal Gregory L. Woodruff, as an authorized server of process with regard to this action, including the service of any post-judgment collection activities;

5. No payments in addition to the $2,200 described above have been received by Charter from the Defendant to date; and

6. Through research and investigation, Charter has determined that the Defendant is employed at a Wal-Mart store located at 474 Boston Post Road, North

Windham, Connecticut 06256.  Charter has determined that Defendant has worked at this location since April 9, 2001.

WHEREFORE, for the foregoing reasons, Charter requests that this Court grant an order for installment payments in the minimal amount of $25.00 per week, to begin the Friday after the granting of this Motion, to facilitate payment of the judgment in the above-captioned action after hearing and consideration of the judgment debtor, Michael Hill's, financial circumstances.

        PLAINTIFF - CHARTER COMMUNICATIONS
        ENTERTAINMENT I, LLC
        d/b/a CHARTER COMMUNICATIONS OF
        NORTHEASTERN CONNECTICUT


        By _____
           Burt B. Cohen – ct00273
           Ryan M. Mihalic - ct24454

        Murtha Cullina LLP
        CityPlace I - 185 Asylum Street
        Hartford, Connecticut 06103
        Telephone:  (860) 240-6000
        Fax:  (860) 240-6150
        bcohen@murthalaw.com
        rmihalic@murthalaw.com
        Its Attorneys

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and correct copy of the foregoing was served by first class mail, postage pre-paid, this on February 1, 2005, to:

Mr. Michael Hill
180 Kings Road
Coventry, CT 06238

                                                                                                             _____
                                                                                                              Ryan M. Mihalic - ct24454