EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF NORTHEASTERN CONNECTICUT, | : : : : : |
| Plaintiff, | : |
| v. | : CASE NO. 3:02 CV 01597 (PCD) : : |
| MICHAEL HILL | : : |
| Defendant. | : |

AFFIDAVIT FOR ATTORNEYS' FEES AND COSTS

I, Burton B. Cohen, being duly sworn, depose and state the following:

1. I am over the age of eighteen (18) years and understand the obligations of an oath.

2. I am an attorney of record and a partner with the law firm of Murtha Cullina LLP, counsel for the Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications of Western Connecticut ("Charter") and, as such, I am personally familiar with the facts stated herein.

3. Based upon the acts of the Defendant, Michael Hill, constituting one violation of 47 U.S.C. § 553(a) and one violation of 47 U.S.C. § 605(a) as more fully described in the

Complaint, Charter is entitled to $10,000 in statutory damages against the Defendant as follows: $10,000 for Defendant's violation of 47 U.S.C. § 553(a); or $10,000 for Defendant's violation of 47 U.S.C. § 605(a).

4. Plaintiff is entitled to its attorneys' fees and costs in this action, in accordance with 47 U.S.C. § 553(c)(2)(C) and 47 U.S.C. § 605(e)(3)(B)(iii).

5. The costs incurred by the Plaintiff in connection with this action are the filing fee ($150.00) plus the State Marshal's fee for service of the Summons and Complaint against the Defendant ($67.35), for a total of **$217.35**.

6. For the purpose of the Motion for Judgment of Default, the Plaintiff seeks an award of attorneys' fees in the amount of **$2,829.50**.

7. In order to calculate attorneys' fees incurred with regard to the Defendant, annexed to this affidavit is a chart transcribing contemporaneous time records. The chart delineates (a) the attorney or paralegal (attributed by their initials), (b) the date, (c) the time spent by each attorney and paralegal who worked on this matter (to the nearest tenth of an hour), and (d) a narrative of the work performed. The fees requested in this matter are for time worked solely with respect to this Defendant and calculated as follows:

>Attorney Burton B. Cohen ("BBC") ---
>
>>2002 - .70 hours x $300.00 = $210.00
>>
>>2003 - .10 hours x $320.00 = $ 32.00

        2004 - .10 hours x $350.00 = $ 35.00

        2005 - .60 hours x $360.00 = $216.00

Attorney Laura K. Norden ("LKN")---

        2002 – .40 hours x $210.00 = $ 84.00

        2003 – 1.80 hours x $210.00 = $378.00

        2004 – 1.00 hours x $225.00 = $225.00

Attorney Derek T. Werner ("DTW")---

        2002 – 3.00 hours x $135.00 = $405.00

        2003 – 1.70 hours x $145.00 = $246.50

        2004 - .20 hours x $160.00 = $ 32.00

Attorney Ryan M. Mihalic ("RMM")---

        2005 - 1.70 hours x $160.00 = $272.00

Paralegal Margaret J. Colin ("MJC") ---

        2002 – .80 hours x $120.00 = $ 96.00

        2003 – 1.00 hours x $130.00 = $130.00

        2004 - .80 hours x $135.00 = $108.00

Paralegal Wendy C. Stine ("WCS")---

        2003 – 1.40 hours x $ 75.00 = $105.00

        2005 – 3.00 hours x $ 85.00 = $255.00

8. The hourly rates charged by the Plaintiff for this litigation are the firm's standard 2002-2005 hourly rates. From my experience with attorneys' fees charged in Connecticut litigation matters by attorneys throughout the state, it is my opinion that our hourly rates are comparable to the average rates of similarly experienced attorneys.

9. Attorneys' fees and costs associated with this matter total **$3,046.85.**

_____
Burton B. Cohen

STATE OF CONNECTICUT )
) ss. Hartford
COUNTY OF HARTFORD )

Subscribed and sworn to before me this 1st day of February, 2005.

_____
Ryan M. Mihalic
Commissioner of the Superior Court