TRANSCRIPTION OF CONTEMPORANEOUS TIME RECORDS FOR
CHARTER COMMUNICATIONS ENTERTAINMENT I LLC d/b/a CHARTER
COMMUNICATIONS V. HILL

| ATTORNEY/ PARALEGAL | DATE | TIME SPENT | NARRATIVE |
|---|---|---|---|
| LKN | 09/06/02 | .40 | Work on complaints re: M. Hill. |
| BBC | 09/10/02 | .70 | Work on and finalize federal complaint vs. Michael a/k/a Mike Hill. |
| MJC | 09/25/02 | .40 | Hill-Letter to G. Woodruff with enclosure of complaint for service. |
| MJC | 10/02/02 | .40 | Hill-Review return of service letter to USDC re: filing. |
| DTW | 10/14/02 | .20 | Telephone call from M. Hill. |
| DTW | 10/15/02 | .20 | Telephone message to M. Hill. |
| DTW | 10/16/02 | .80 | Telephone call to M. Hill regarding settlement; prepare settlement agreement and letter. |
| DTW | 10/28/02 | .10 | Hill-Telephone message regarding settlement. |
| DTW | 10/29/02 | .20 | Hill-Telephone call regarding Stipulated Judgment. |
| DTW | 11/05/02 | .50 | Hill-Drafting Stipulated Judgment. |
| DTW | 11/06/02 | .40 | Hill-Edit Stipulation of Judgment. |
| DTW | 11/22/02 | .30 | Hill-File Stipulated Judgment. |
| DTW | 12/20/02 | .30 | Hill-Telephone call regarding payments; draft letter regarding same. |
| DTW | 01/28/03 | .20 | Hill-Telephone call from Michael Hill regarding payment dates. |
| DTW | 01/29/03 | .30 | Mike Hill-Telephone call regarding payment date; conference with B. Cohen regarding same. |
| WCS | 05/12/03 | .20 | Work on late payment letter to M. Hill. |
| WCS | 07/14/03 | .20 | Work on bounced check notification letter to M. Hill. |
| WCS | 07/30/03 | .40 | Work on bounced check letter to M. Hill; Work with D. Werner on case strategy re: same. |
| DTW | 08/05/03 | .20 | Finalize and send letter to Michael Hill. |
| WCS | 08/13/03 | .30 | Search Lexis for property ownership & current address re: M. Hill. |
| LKN | 08/15/03 | .10 | Work on payment plan and settlement issues re: M. Hill. |
| LKN | 09/05/03 | .30 | Work on post-judgment collection issues re: M. Hill. |
| WCS | 09/05/03 | .30 | Work with L. Norden on post-judgment collection issues re: M. Hill. |
| LKN | 09/12/03 | .20 | Work on post-judgment issues re: M. Hill. |
| MJC | 09/17/03 | .20 | Telephone Wal-Mart in local area for employment information re: Hill. |
| DTW | 09/19/03 | 1.0 | Motion for Order of Installment Payments re: Hill; email to L. Norden and B. Cohen re: Motion to Compel and Motion for Order of Installment Payments. |
| MJC | 09/19/03 | .80 | Drafting Motion for Order of Installment Payments, verify address of employment re: Hill. |
| LKN | 09/20/03 | .60 | Work on Motion for Order of Installment Payments re: M. Hill. |
| LKN | 09/25/03 | .10 | Work on post-judgment collection issues re: Hill. |
| LKN | 09/26/03 | .20 | Work on post-judgment collection strategy re: Hill. |
| LKN | 11/07/03 | .20 | Work on post-judgment strategy re: Hill. |

766262_2

| | | | |
|---|---|---|---|
| LKN | 11/13/03 | .10 | Work on case strategy issues re:  Hill. |
| BBC | 12/02/03 | .10 | Review and work on post-judgment issues re:  M. Hill. |
| BBC | 01/09/04 | .10 | Work on post-judgment remedies vs. Mike Hill. |
| LKN | 01/09/04 | .20 | Work on post-judgment collection strategy re:  M. Hill. |
| DTW | 02/25/04 | .20 | Work on Hill judgment; email to M. Colin regarding same. |
| LKN | 02/27/04 | .20 | Work on post-judgment strategy re:  M. Hill. |
| MJC | 03/16/04 | .80 | Hill-Review status of post-judgment collection proceedings, determine strategy; draft Motion for Order of Payments. |
| LKN | 08/24/04 | .20 | Case review for strategy and collection action re:  judgments and issues on Hill. |
| LKN | 11/18/04 | .20 | Work on post-judgment collection action re:  Hill. |
| LKN | 12/02/04 | .20 | Work on post-judgment collection issues re:  Hill. |
| RMM | 01/26/05 | .20 | Work on Motion for Installment Payments re:  Hill. |
| RMM | 01/27/05 | .20 | Work on Motion for Installment Payments re:  Hill. |
| WCS | 01/28/05 | 2.0 | Work on attorneys' fees Affidavit and Chart of time records re:  Hill. |
| WCS | 01/31/05 | 1.0 | Work on attorneys' fees Affidavit and Chart of time records re:  Hill. |
| RMM | 01/31/05 | .20 | Work on Motion for Installment Payments and related documents re:  Hill. |
| BBC | 02/01/05 | .60 | Work on Affidavit in support of attorneys' fees and costs re:  Hill. |
| RMM | 02/01/05 | 1.1 | Work on, finalize and file Motion for Installment Payments and related documents re:  Hill. |