UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC

    vs                                                  CIVIL NO. 3:02 cv 1597 (PCD)

MICHAEL HILL

ORDER OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE

        In accordance with the paring of Magistrate Judges with Judges and with the request of the parties to be referred to a Magistrate Judge, the above-entitled case is hereby referred to Magistrate Judge Joan G. Margolis for the following purpose: Hearing on Petition For Examination of Judgment Debtor.

        SO ORDERED.

        Dated at New Haven, Connecticut, May 1, 2006.

                                                    /s/
                                                    Peter C. Dorsey, Senior,
                                                    United States District Judge