UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS OF NORTHEASTERN CONNECTICUT, | CIVIL ACTION NO. 3:02 CV 01597 (PCD) |
| Plaintiff, | |
| v. | |
| MICHAEL HILL a/k/a MIKE HILL | |
| Defendant. | |

## ORDER

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications of Northeastern Connecticut, having filed a Petition for Examination of Judgment Debtor, it is hereby ORDERED that the Defendant Michael Hill a/k/a Mike Hill, 180 Kings Road, Coventry, Connecticut 06238 appear in the District Court, 141 Church Street, ~~Room~~ Court Room S, New Haven, Connecticut, on July 10, 2006 at 10:30 a.m. ~~a.m./p.m.~~ to testify under oath regarding his assets and means of satisfying the judgment rendered against him on December 4, 2002 and February 7, 2005. Plaintiff's counsel shall make appropriate service on defendant of this Order.

IT IS SO ORDERED,

_____
~~United States District Judge~~
Magistrate

Dated at New Haven, Connecticut: 5/8, 2006