UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, | : : : : | CASE NO. 3:02-cv-01597-PCD |
| Plaintiff, | : : : | **APPEARANCE** |
| v. | : : | |
| MICHAEL HILL a/k/a MIKE HILL, | : : | |
| Defendant. | : : | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Pursuant to Local Rule 5 (b), please enter the undersigned firm's appearance as counsel in this case for plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications.

Dated: Mineola, New York
September 21, 2007

Yours, etc.,

LAW OFFICES OF PATRICK J. SULLIVAN, PLLC
Attorney for the Plaintiff

By:   /s/ Patrick J. Sullivan
Patrick J. Sullivan (ct26167)
92 Willis Avenue, Second Floor
Mineola, New York  11501
Phone: (516) 342-1248
Fax:    (516) 747-9405
e-mail: lawofficespjs1@optonline.net

Local Office Pursuant to Local Civil Rule 83.1(c):

Joseph M. Tobin, Esq.
Tobin & Melien
45 Court Street
New Haven, CT  06511
Phone:  (203) 777-6660
Fax:     (203) 777-1817

## Certificate of Service

**PATRICK J. SULLIVAN**, an attorney admitted to the Bar of the U.S. District Court for the District of Connecticut, certifies that the following is true and correct:

1.    On September 21, 2007, I served a copy of the foregoing Appearance upon the defendant by first class postage prepaid mail to the address set forth below:

>   Michael Hill a/k/a Mike Hill
>   180 Kings Road
>   Coventry, Connecticut  06238

2.    On September 21, 2007, I caused to be served by e-mail a copy of the foregoing Appearance to the attorney set forth below as follows:

>   Ryan Mihalic, Esq.
>   Murtha Cullina LLP
>   Cityplace I, 185 Asylum Street
>   Hartford, CT  06103-3469
>   rmihalic@murthalaw.com

Dated:  Mineola, New York
        September 21, 2007

>                /s/ Patrick J. Sullivan
>        **PATRICK J. SULLIVAN (ct26167)**