UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, | : : : : | Civil Action No. 3:02-cv-01597-PCD |
| Plaintiff, | : : | |
| v. | : : | |
| MICHAEL HILL A/K/A MIKE HILL, | : | SEPTEMBER 27, 2007 |
| Defendant. | | |

MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned counsel hereby moves to withdraw his appearance for defendant Charter Communications Entertainment I, LLC d/b/a Charter Communications. The reason for this request is that the undersigned's law firm no longer represents Charter Communications Entertainment I, LLC d/b/a Charter Communications. Attorney Patrick J. Sullivan, of the Law Offices of Patrick J. Sullivan, PLLC has filed an appearance in this matter on behalf of Charter Communications Entertainment I, LLC d/b/a Charter Communications.

                DEFENDANT – CHARTER COMMUNICATIONS
                ENTERTAINMENT I, LLC d/b/a CHARTER
                COMMUNICATIONS


By /s/ Ryan M. Mihalic
     Ryan M. Mihalic (#ct24454)

Murtha Cullina LLP
CityPlace I
185 Asylum Street
Hartford, CT  06103-3469
Telephone:  (860) 240-6000
Facsimile:  (860) 240-6150
Email:  rmihalic@murthalaw.com
Its Attorneys

CERTIFICATE OF SERVICE

  I hereby certify that on September 27, 2007, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. The foregoing was sent by first-class, U.S. mail, postage prepaid, to the following:

  Michael Hill
  a/k/a Mike Hill
  180 Kings Road
  Coventry, CT  06238

                By /s/ Ryan M. Mihalic
                  Ryan M. Mihalic (#ct24454)

                Murtha Cullina LLP
                CityPlace I
                185 Asylum Street
                Hartford, CT  06103-3469
                Telephone:  (860) 240-6000
                Facsimile:  (860) 240-6150
                Email:  rmihalic@murthalaw.com